BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL Docket No. _____ |
|---|---|

AMENDED AND CORRECTED SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Maria Puente and Carlos Puente<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:15-cv-08070-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Rose Garcia<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-02361-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Earl Milburn, as next friend and on behalf of, Lou Milburn, Deceased<br><br>**Defendants:** Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen | U.S.D.C. for the District of New Jersey | 3:16-cv-02386-BRM-LHG | Brian R. Martinotti |

| | | | |
|---|---|---|---|
| Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; Janssen Ortho LLC; Mitsubishi Tanabe Pharma Corporation; and John Does 1-5 | | | |
| **Plaintiff:** Evelyn Johnston<br><br>**Defendants:** Janssen Pharmaceuticals, Inc.; Janssen Research and Development, LLC; Johnson & Johnson Co; Janssen Ortho LLC; Mitsubishi Tanabe Pharma Corp.; Mitsubishi Tanabe Pharma Holdings America, Inc.; Mitsubishi Tanabe Pharma Development America, Inc.; Tanabe Research Laboratories U.S.A., Inc. | U.S.D.C. for the District of New Jersey | 3:16-cv-05383-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Joan Mullin<br><br>**Defendants:** Janssen Pharmaceuticals, Inc.; Janssen Research and Development, LLC; Johnson & Johnson Co; Janssen Ortho LLC; Mitsubishi Tanabe Pharma Corp.; Mitsubishi Tanabe Pharma Holdings America, Inc.; Mitsubishi Tanabe Pharma Development America, Inc.; Tanabe Research Laboratories U.S.A., Inc. | U.S.D.C. for the District of New Jersey | 3:16-cv-05388-BRM-LHG | Brian R. Martinotti |

| | | | |
|---|---|---|---|
| **Plaintiff:** Stephanie Erway<br><br>**Defendants:** Janssen Pharmaceuticals, Inc.; Janssen Research and Development, LLC; Johnson & Johnson Co; Janssen Ortho LLC; Mitsubishi Tanabe Pharma Corp.; Mitsubishi Tanabe Pharma Holdings America, Inc.; Mitsubishi Tanabe Pharma Development America, Inc.; Tanabe Research Laboratories U.S.A., Inc. | U.S.D.C. for the District of New Jersey | 3:16-cv-05394-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Stella S. Benjamin individually and as Administratrix of the Estate of Cornelius M. Benjamin<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-01786-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Robert Partington<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-01787-BRM-LHG | Brian R. Martinotti |
| **Plaintiffs:** Sherry Anders and Joseph Anders<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, | U.S.D.C. for the District of New Jersey | 3:16-cv-01897-BRM-LHG | Brian R. Martinotti |

3

| | | | |
|---|---|---|---|
| Co., and Mitsubishi Tanabe Pharma Corp. | | | |
| **Plaintiffs:** Shelley Swinney and William Swinney<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-01898-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Kathy Seifried<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-01931-BRM-LHG | Brian R. Martinotti |
| **Plaintiffs:** Brittany Bowling and Ricky Bowling<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-02048-BRM-LHG | Brian R. Martinotti |
| **Plaintiffs:** Karen Robertson and Samuel Robertson<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-02050-BRM-LHG | Brian R. Martinotti |
| **Plaintiffs:** Greg Humphries and Yvette Humphries<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, | U.S.D.C. for the District of New Jersey | 3:16-cv-02278-BRM-LHG | Brian R. Martinotti |

| | | | |
|---|---|---|---|
| Co., and Mitsubishi Tanabe Pharma Corp. | | | |
| **Plaintiff:** Mark Kuno<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-02938-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Judy Thompson<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-03114-BRM-LHG | Brian R. Martinotti |
| **Plaintiffs:** Brian Henderson and Tara Henderson<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-03362-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Laura Waddle<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-04024-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Nathan Warren<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-04136-BRM-LHG | Brian R. Martinotti |

| **Plaintiff:** Sheryl Desalis  **Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-04484-BRM-LHG | Brian R. Martinotti |
|---|---|---|---|
| **Plaintiff:** Carolyn Forehand  **Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-04485-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Keisha Jackson  **Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-04486-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Teresa Rogers  **Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-04489-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Scot Sutherland  **Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-04490-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Wayne Lemke  **Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, | U.S.D.C. for the District of New Jersey | 3:16-cv-05316-BRM-LHG | Brian R. Martinotti |

| | | | |
|---|---|---|---|
| Co., and Mitsubishi Tanabe Pharma Corp. | | | |
| **Plaintiff:** Arshak Sarkisyan and Amalya Bagdasaryan<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-05479-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Crystal Ervin and Lee Ervin<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-05478-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Judith Buchanan<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-05645-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Victor Felix and Dawn Felix<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-05649-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Angela Hudson<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-05674-BRM-LHG | Brian R. Martinotti |

| **Plaintiff:** Bonnie Jayjohn and Donald Jayjohn<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-05675-BRM-LHG | Brian R. Martinotti |
|---|---|---|---|
| **Plaintiff:** William Kemp and Teresa Kemp<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-05676-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Iliana Luna and Gamaliel Bernabe<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-05677-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Earl Poole<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-05681-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Susan Stringer and Charles Stringer<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the District of New Jersey | 3:16-cv-05682-BRM-LHG | Brian R. Martinotti |
| **Plaintiff:** Carole Williams<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., | U.S.D.C. for the District of New Jersey | 3:16-cv-05683-BRM-LHG | Brian R. Martinotti |

| | | | |
|---|---|---|---|
| Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | | | |
| **Plaintiff:** Jennifer Anzo<br><br>**Defendants:** Janssen Research & Development, LLC; Janssen Pharmaceuticals, Inc.; Johnson & Johnson | U.S.D.C. for the Eastern District of California | 2:15-cv-02217-KJM-EFB | Kimberly J. Mueller |
| **Plaintiff:** David Lessard<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the Eastern District of Louisiana | 2:16-cv-02329-EEF-JCW | Eldon E. Fallon |
| **Plaintiff:** Charles Maddox<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the Eastern District of Louisiana | 2:16-cv-01189-EEF-MBN | Eldon E. Fallon |
| **Plaintiff:** Gloria Guidry<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutica, Inc. (*Terminated*), f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc. (*Terminated*), Janssen Ortho, LLC, Janssen Research & Development, LLC, Mitsubishi Tanabe Pharma Corporation (*Terminated*), Mitsubishi Tanabe Pharma Development America, Inc. | U.S.D.C. for the Eastern District of Louisiana | 2:15-cv-04591-MLCF-MBN | Martin L.C. Feldman |

| | | | |
|---|---|---|---|
| (*Terminated*), Johnson & Johnson Services Inc., and Johnson & Johnson Company | | | |
| **Plaintiffs:** Cassandra Jackson, Toni E. Jones, Kimberly Payne, Blaine Jackson, and Russell Jones, individually and on behalf of their deceased mother, Ida Mae Jones Jackson<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the Middle District of Louisiana | 3:16-cv-00319-SDD-EWD | Shelly D. Dick |
| **Plaintiff:** Amber Rutland<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the Western District of Louisiana | 5:16-cv-00666-SMH-KLH | S. Maurice Hicks |
| **Plaintiff:** Ira Marshall Jr.<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the Western District of Louisiana | 5:16-cv-00664-SMH-MLH | S. Maurice Hicks |
| **Plaintiff:** Rose Ann Adye<br><br>**Defendants:** Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC; Johnson & Johnson; | U.S.D.C. for the Western District of Kentucky | 3:16-cv-00107-JHM-DW | Joseph H. McKinley, Jr. |

| | | | |
|---|---|---|---|
| Janssen Pharmaceuticals, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; Janssen Ortho LLC; Mitsubishi Tanabe Pharma Corporation; and John Does 1-50 | | | |
| **Plaintiff:** Anna House<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mitsubishi Tanabe Pharma Corp., Bristol-Myers Squibb Company, Astrazeneca PLC, Astrazeneca LP, Astrazeneca Pharmaceuticals LP, and Astrazeneca AB | U.S.D.C. for the Western District of Kentucky | 3:15-cv-00894-JHM-CHL | Joseph H. McKinley, Jr. |
| **Plaintiff:** Eric Adkins<br><br>**Defendants:** Janssen Research & Development, LLC; Janssen Pharmaceuticals, Inc., and Jonson & Johnson, Inc. | U.S.D.C. for the Western District of Kentucky | 3:16-cv-00330-DJH | David J. Hale |
| **Plaintiff:** Rickie Woodward<br><br>**Defendants:** Janssen Research & Development, LLC; Janssen Pharmaceuticals, Inc., and Jonson & Johnson, Inc. | U.S.D.C. for the Western District of Kentucky | 3:16-cv-00486-DJH | David J. Hale |
| **Plaintiff:** Paula Brazil<br><br>**Defendants:** Janssen Research & | U.S.D.C. for the Northern District of Georgia | 4:15-cv-00204-HLM | Harold L. Murphy |

11

| | | | |
|---|---|---|---|
| Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC; Johnson and Johnson; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; Janssen Ortho LLC; Mitsubishi Tanabe Pharma Corporation; and John Does 1-5 | | | |
| **Plaintiff:** Elizabeth Sanders<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the Eastern District of New York | 1:16-cv-02467-LDH-VMS | LaShann DeArcy Hall |
| **Plaintiff:** Penny Schroeder<br><br>**Defendants:** Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc. | U.S.D.C. for the District of Minnesota | 0:16-cv-03035-PJS-TNL | Patrick J. Schiltz |
| **Plaintiff:** Joy Davis<br><br>**Defendants:** Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc. | U.S.D.C. for the Northern District of Illinois | 1:16-cv-08838 | Amy J. St. Eve |
| **Plaintiff:** Gene Schurman | U.S.D.C. for the Southern District of Illinois | 3:15-cv-01180-SMY-DGW | Staci M. Yandle |

| | | | |
|---|---|---|---|
| **Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | | | |
| **Plaintiff:** Anthony Allen<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the Southern District of Illinois | 3:15-cv-01195-SMY-DGW | Staci M. Yandle |
| **Plaintiff:** William Counts<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Johnson & Johnson, Co., and Mitsubishi Tanabe Pharma Corp. | U.S.D.C. for the Southern District of Illinois | 3:15-cv-01196-SMY-DGW | Staci M. Yandle |
| **Plaintiff:** Brenda Freeman, et al.<br><br>**Defendants:** Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Jansen Ortho LLC, and Johnson & Johnson Co. | U.S.D.C. for the Southern District of Illinois | 3:16-cv-00557-SMY-DGW | Staci M. Yandle |