## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS
LIABILITY LITIGATION  MDL No. 2750

## PROOF OF SERVICE

This is to certify that pursuant to Panel Rule 4.1, a true and correct copy of the foregoing was served on October 24, 2016 on the following via the CM/ECF system, via regular mail, or via electronic mail:

**PLAINTIFF COUNSEL AND CO-COUNSEL**

| | |
|---|---|
| Timothy J Becker<br>Rolf Fiebiger<br>**Johnson Becker PLLC**<br>444 Cedar St., Suite 1800<br>Saint Paul, MN 55101<br>(612) 436-1800<br>Fax: (612) 436-1801<br>tbecker@johnsonbecker.com<br>rfiebiger@johnsonbecker.com | **Counsel for Plaintiff**<br><br>Case No. 1:16-cv-08838: Joy Davis vs. Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; In the United States District Court for the Northern District of Illinois. |
| Michael A. London<br>Rebecca G. Newman<br>**Douglas & London, PC**<br>59 Maiden Lane, 6th Floor<br>New York, NY 10038<br>(212) 566-7500<br>Fax: (212) 566-7501<br>mlondon@douglasandlondon.com<br>rnewman@douglasandlondon.com | **Counsel for Plaintiff**<br><br>Case No. 3:15-cv-08070-BRM-LHG: Maria Puente and Carlos Puente vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the District of New Jersey.<br><br>Case No. 1:16-cv-02467-LDH-VMS: Elizabeth Sanders vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Eastern District of New York. |
| Donald A. Ecklund<br>James E. Cecchi<br>**Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>(973) 994-1700<br>Fax: (973) 994-1744<br>decklund@carellabyrne.com<br>jcecchi@carellabyrne.com | **Counsel for Plaintiff**<br><br>Case No. 3:16-cv-01931-BRM-LHG: Kathy Seifried vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the District of New Jersey.<br><br>Case No. 3:16-cv-03114-BRM-LHG; Judy Thompson vs. Janssen Pharmaceuticals,. Inc., et al.; In the United States District Court for the District of New Jersey. |

| | |
|---|---|
| Dae Yeol Lee<br>Melissa Mendoza<br>**Bernstein Liebhard LLP**<br>10 East 40th Street, 28th Floor<br>New York, NY 10016<br>(212) 779-1414<br>dlee@bernlieb.com<br>mmendoza@bernlieb.com | **Counsel for Plaintiff**<br><br>Case No. 3:16-cv-02361-BRM-LHG: Rose Garcia vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the District of New Jersey. |
| Christopher Michael Placitella<br>**Cohen, Placitella & Roth, PC**<br>127 Maple Avenue<br>Red Bank, NJ 07701<br>(732) 747-9003<br>Fax: (732) 747-9004<br>cplacitella@cprlaw.com | **Counsel for Plaintiff**<br><br>Case No. 3:16-cv-02386-BRM-LHG: Earl Milburn, as next friend and on behalf of, Lou Milburn, Deceased vs. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al.; In the United States District Court for the District of New Jersey. |
| Behram V. Parekh<br>Michael Louis Kelly<br>Ruth Rizkalla<br>**Kirtland & Packard LLP**<br>2041 Rosecrans Avenue, Third Floor<br>El Segundo, California 90245<br>(310) 536-1000<br>Fax: (310) 536-1001<br>mlk@kirtlandpackard.com<br>bvp@kirtlandpackard.com<br>rr@kirtlandpackard.com | **Counsel for Plaintiff**<br><br>Case No. 2:15-cv-02217-KJM-EFB: Jennifer Anzo vs. Janssen Research & Development, LLC, et al.; In the United States District Court for the Eastern District of California. |
| Michael B. Lynch<br>Amy E. German<br>**The Michael Brady Lynch Firm**<br>127 West Fairbanks Ave., Suite 528<br>Winter Park, FL 32789<br>(877) 513-9517<br>Fax: (321) 972-3568<br>michael@mblynchfirm.com<br>amy@mblynchfirm.com | **Counsel for Plaintiff**<br><br>Case No. 2:15-cv-02217-KJM-EFB. Jennifer Anzo w. Janssen Research & Development, LLC, et a I.; In the United States District Court for the Eastern District of California. |
| Jennifer Mae Hoekstra<br>Richard J. Arsenault<br>**Neblett, Beard & Arsenault**<br>2220 Bonaventure Ct.<br>Alexandria, LA 71301<br>(318) 487-9874<br>rarsenault@nbalawfirm.com<br>jhoekstra@nbalawfirm.com | **Counsel for Plaintiff**<br><br>Case No. 2:15-cv-04591-MLCF-MBN: Gloria Guidry vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Eastern District of Louisiana. |

| | |
|---|---|
| Morris Bart, III<br>**Morris Bart, LLC (New Orleans)**<br>909 Poydras St. Suite 2000<br>New Orleans, LA 70112-4000<br>(504) 525-8000<br>(504) 599-3385<br>Fax: (504) 599-3380<br>morrisbart@morrisbart.com | **Counsel for Plaintiff**<br><br>Case No. 2:15-cv-04591-MLCF-MBN: Gloria Guidry vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Eastern District of Louisiana. |
| Leonard A. Davis<br>**Herman, Herman & Katz, LLC**<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>(504) 581-4892<br>ldavis@hhklawfirm.com | **Counsel for Plaintiff**<br><br>Case No. 2:16-cv-01189-EEF-MBN: Charles Maddox vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Eastern District of Louisiana. |
| Waldon Michael Hingle<br>Bryan August Pfleeger<br>Grant Wood<br>Julie Marie Jochum<br>**Michael Hingle & Associates, Inc. (Slidell)**<br>220 Gause Blvd., Suite 200<br>P. O. Box 1129<br>Slidell, LA 70459<br>(985) 685-6800<br>Fax: (985) 646-1471<br>servewmh@hinglelaw.com<br>bryan@hinglelaw.com<br>grant@hinglelaw.com<br>julie@hinglelaw.com | **Counsel for Plaintiff**<br><br>Case No. 2: 16-cv-02329-EEF-JCW: David Lessard vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Eastern District of Louisiana. |
| Anthony David Irpino<br>John Benjamin Avin<br>**Irpino Law Firm**<br>2216 Magazine Street<br>New Orleans, LA 70130<br>(504) 525-1500<br>Fax: (504) 525-1501<br>airpino@irpinolaw.com<br>bavin@irpinolaw.com | **Counsel for Plaintiff**<br><br>Case No. 3:16-cv-00319-SDD-EWD: Cassandra Jackson, Toni E. Jones, Kimberly Payne, Blaine Jackson, and Russell Jones, individually and on behalf of their deceased mother, Ida Mae Jones Jackson vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Middle District of Louisiana. |
| Adam A. Edwards<br>Justin G. Day<br>Mark E. Silvey<br>**Greg Coleman Law PC**<br>First Tennessee Plaza<br>800 South Gay Street, Suite 1100<br>Knoxville, TN 37929<br>(865) 237-0080<br>Fax: (865) 522-0049<br>mark@gregcolemanlaw.com | **Counsel for Plaintiff**<br><br>Case No. 4:15-cv-00204-HLM: Paula Brazil vs. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al.; In the United States District Court for the Northern District of Georgia. |

| | |
|---|---|
| Peter J. Flowers<br>**Meyers & Flowers, LLC**<br>3 North Second Street, Suite 300<br>St. Charles, IL 60174<br>(630) 232-6333<br>Fax: (630) 845-8982<br>pjf@meyersflowers.corn | **Counsel for Plaintiff**<br><br>Case No. 1:16-cv-08838: Joy Davis vs. Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; In the United States District Court for the Northern District of Illinois. |
| Andrew D. Schlichter<br>Roger C. Denton<br>Tara A. Rocque<br>**Schlichter, Bogard et al. - St. Louis**<br>100 South Fourth Street, Suite 650<br>St. Louis, MO 63102<br>(314) 621-6115<br>Fax: (314) 621-7151<br>aschlichter@uselaws.com<br>rdenton@uselaws.com<br>trocque@uselaws.com | **Counsel for Plaintiff**<br><br>Case No. 3:15-cv-01180-SMY-DGW: Gene Schurman vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Southern District of Illinois.<br><br>Case No. 3:15-cv-01195-SMY-DGW: Anthony Allen vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Southern District of Illinois.<br><br>Case No. 3:15-cv-01196-SMY-DGW: William Counts vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Southern District of Illinois.<br><br>Case No. 3:16-cv-00557-SMY-DGW: Brenda Freeman, et al. vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Southern District of Illinois. |
| Timothy M. O'Brien<br>Travis P. Lepicier<br>**Levin Papantonio Thomas Mitchell Rafferty & Proctor PA**<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502<br>(850) 435-7000<br>Fax: (850) 436-6084<br>tobrien@levinlaw.com<br>depicier@levinlaw.com | **Counsel for Plaintiff**<br><br>Case No. 3:15-cv-01195-SMY-DGW: Anthony Allen vs. Janssen Pharmaceuticals, Inc., et al; In the United States District Court for the Southern District of Illinois.<br><br>Case No. 3:15-cv-01196-SMY-DGW: William Counts vs. Janssen Pharmaceuticals, Inc., et al; In the United States District Court for the Southern District of Illinois.<br><br>Case No. 3:15-cv-00894-JHM-CHL: Anna House vs. Janssen Pharmaceuticals, Inc., et al; In the United States District Court for the Western District of Kentucky. |
| Alex C. Davis<br>Jasper D. Ward<br>**Jones Ward PLC**<br>312 S. Fourth Street, 6th Floor<br>Louisville, KY 40202<br>(502) 882-6000<br>Fax: (502) 587-2007<br>alex@jonesward.com<br>jasper@jonesward.com | **Counsel for Plaintiff**<br><br>Case No. 3:15-cv-00894-JHM-CHL: Anna House vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Western District of Kentucky. |
| Justin R. Kaufman<br>**Heard Robins Cloud, LLP**<br>505 Cerrillos Rd., Suite A209<br>Santa Fe, NM 87501<br>(505) 986-0600<br>Fax: (505) 986-0632<br>jkaufman@heardrobins.com | **Counsel for Plaintiff**<br><br>Case No. 3:16-cv-00107-JHM-DW: Rose Ann Adye vs. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC et al.; In the United States District Court for the Western District of Kentucky. |

| | |
|---|---|
| Ronald E. Johnson, Jr.<br>**Schachter Hendy & Johnson, PSC**<br>909 Wright's Summit Parkway, Suite 210<br>Ft. Wright, KY 41011<br>(859) 578-4444<br>Fax: (859) 578-4440<br>rjohnson@pschachter.com | **Counsel for Plaintiff**<br><br>Case No. 3:16-cv-00107-JHM-DW: Rose Ann Adye vs. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development LLC et al.; In the United States District Court for the Western District of Kentucky. |
| Alva A. Hollon<br>**Sams & Hollon, PA**<br>9424 Baymeadows Road, Suite 160<br>Jacksonville, FL 32257<br>(904) 737-1995<br>Fax: (904) 737-3838<br>hollonlaw@bellsouth.net | **Counsel for Plaintiff**<br><br>Case No. 3:16-cv-00330-DJH: Eric Adkins vs. Janssen Research & Development, LLC, et al.; In the United States District Court for the Western District of Kentucky. |
| John Oaks Hollon<br>Maxwell D. Smith<br>**Ward Hocker & Thornton, PLLC - Lexington**<br>333 W. Vine Street, Suite 1100<br>Lexington, KY 40507<br>(859) 422-6000<br>Fax: (859) 422-6001<br>John.hollon@whtlaw.com<br>max.smith@whtlaw.com | **Counsel for Plaintiff**<br><br>Case No. 3:16-cv-00330-DJH: Eric Adkins vs. Janssen Research & Development, LLC, et al.; In the United States District Court for the Western District of Kentucky. |
| Lionel H Sutton, III<br>**Sutton Law Firm**<br>935 Gravier St. Ste. 1910<br>New Orleans, LA 70112<br>(504) 592-3230<br>Fax: (504) 585-1789<br>lhs3law@hotmail.com | **Counsel for Plaintiff**<br><br>Case No. 5:16-cv-00666-SMH-KLH: Amber Rutland vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Western District of Louisiana.<br><br>Case No. 5:16-cv-00664-SMH-MLH: Ira Marshall Jr. vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Western District of Louisiana. |
| P. Gregory Haddad<br>**Bailey & Glasser**<br>6 Canyon Rd Ste. 200<br>Morgantown, WV 26508<br>(304) 594-0087<br>Fax: (304) 594-9709<br>ghaddad@baileyglasser.com | **Counsel for Plaintiff**<br><br>Case No. 5:16-cv-00666-SMH-KLH: Amber Rutland vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Western District of Louisiana. |
| Christopher A. Seeger<br>**Seeger Weiss LLP**<br>77 Water St. 26th Floor<br>New York, NY 10005<br>(212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com | **Counsel for Plaintiff**<br><br>Case No. 3:16-cv-01786-BRM-LHG: Stella S. Benjamin individually and as Administratrix of the Estate of Cornelius M. Benjamin vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the District of New Jersey.<br><br>Case No. 3:16-cv-01787-BRM-LHG: Robert Partington vs. Janssen Pharmaceuticals, Inc., et al.,- In the United States District Court for the District of New Jersey.<br><br>Case No. 3:16-cv-01897-BRM-LHG: Sherry Anders and Joseph Anders vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court or the |

District of New Jersey.

Case No. 3:16-cv-01898-BRM-LHG: Shelley Swinney and William Swinney vs. Janssen Pharmaceuticals, Inc., et al.; In the United States .District Court for the District of New Jersey.

Case No. 3:16-cv-01931-BRM-LHG: Kathy Seifried vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the District of New Jersey.

Case No. 3:16-cv-02048-BRM-LHG: Brittany Bowling and Ricky Bowling vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the District of New Jersey.

Case No. 3:16-cv-02050-BRM-LHG: Karen Robertson and Samuel Robertson vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the District of New Jersey.

Case No. 3:16-cv-02278-BRM-LHG: Greg Humphries and Yvette Humphries vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the District of New Jersey.

Case No. 3:16-cv-02938-BRM-LHG: Mark Kuno vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the District of New Jersey.

Case No. 3:16-cv-03114-BRM-LHG: Judy Thompson vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the District of New Jersey

Case No. 3:16-cv-03362-BRM-LHG: Brian Henderson and Tara Henderson vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the District of New Jersey.

Joseph G. Dell
Jon-Paul Gabrielle
**Dell & Dean, PLLC**
1225 Franklin Avenue, Suite 450
Garden City, NY 11530
(516) 880-9700
Fax: (516) 880-9707
jdell@d2triallaw.com
jgabriele@d2triallaw.com

**Counsel for Plaintiff**

Case No. 3:16-cv-06046-BRM-LHG: Bruce Green v. Janssen Pharmaceuticals, Inc. et al.; In the United States District Court for the District of New Jersey.

Richard A. Wright
**Cory Watson, P.C.**
2131 Magnolia Avenue, Ste. 200
Birmingham, AL 35205
(205) 328-2200
Fax: (205) 324-7896
rwright@corywatson.com

**Counsel for Plaintiff**

Case No. 3:16-cv-00065-HRW: Scot and Brenda Moore vs. Janssen Research & Development LLC et al.; In the United States District Court for the Eastern District of Kentucky.

| | |
|---|---|
| Edward A. Wallace, Esq.<br>Timothy E. Jackson, Esq.<br>**Wexler Wallace**<br>55 W. Monroe St. Ste. 3300<br>Chicago, IL 60603<br>(312) 346-2222<br>Fax: 312-346-0022<br>eaw@wexlerwallace.com<br>tej@wexlerwallace.com | **Counsel for Plaintiff**<br><br>Case No. 3:16-cv-00065-HRW: Scot and Brenda Moore vs. Janssen Research & Development LLC et al.; In the United States District Court for the Eastern District of Kentucky. |

**DEFENSE COUNSEL**

| | |
|---|---|
| Carol D. Browning<br>Whitney Frazier Watt<br>**Stites & Harbison, PLLC - Louisville**<br>400 W. Market Street, Suite 1800<br>Louisville, KY 40202-3352<br>(502) 587-3400<br>Fax: (502) 779-8232<br>cbrowning@stites.com<br>wwatt@stites.com | **Counsel for Defendants:**<br><br>Case No. 3:15-cv-00894-JHM-CHL: Anna House vs. Janssen Pharmaceuticals, Inc., et al; In the United States District Court for the Western District of Kentucky. |
| Ana C. Reyes<br>Dane H. Butswinkas<br>Stephen D. Raber<br>**Williams & Connolly LLP**<br>725 Twelfth Street, NW Washington, DC 20005<br>(202) 434-5000<br>Fax: (202) 434-5029<br>dbutswinkas@wc.com<br>sraber@wc.com<br>areyes@wc.com | **Counsel for Defendants:**<br><br>Case No. 3:15-cv-00894-JHM-CHL: Anna House vs. Janssen Pharmaceuticals, Inc., et al; In the United States District Court for the Western District of Kentucky. |

**DEFENDANTS**

| | |
|---|---|
| **Bristol-Myers Squibb Company**<br>345 Park Avenue<br>New York, New York 10154<br><br>c/o The Corporation Trust Company<br>Corp. Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Case No. 3:15-cv-00894-JHM-CHL: Anna House vs Janssen Pharmaceuticals, Inc., et al; In the United States District Court for the Western District of Kentucky. |
| **Astrazeneca PLC**<br>2 Kingdom Street<br>London, England, W2 6BD | Case No. 3:15 cv-00894-JHM-CHL; Anna House vs. Janssen Pharmaceuticals, Inc., et al; In the United States District Court for the Western District of Kentucky. |
| **Astrazeneca LP**<br>c/o The Corporation Trust Company<br>Corp. Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Case No. 3:15-cv-00894-JHM-CHL: Anna House vs. Janssen Pharmaceuticals, Inc., et al; In the United States District Court for the Western District of Kentucky. |

| | |
|---|---|
| **Astrazeneca Pharmaceuticals LP**<br>c/o The Corporation Trust Company<br>Corp. Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | Case No. 3:15-cv-00894-JHM-CHL: Anna House vs. Janssen Pharmaceuticals, Inc., et al; In the United States District Court for the Western District of Kentucky. |
| **Astrazeneca AB**<br>Karlebyhus, Astraallen<br>15185 Sodertalje<br>Sweden | Case No. 3:15-cv-00894-JHM-CHL: Anna House vs. Janssen Pharmaceuticals, Inc., et al.; In the United States District Court for the Western District of Kentucky. |

Dated: October 24, 2016　　　　　　　　　　　　TUCKER ELLIS LLP

　　　　　　　　　　　　　　　　　　　　　　　/s/ John Q. Lewis
　　　　　　　　　　　　　　　　　　　　　　　John Q. Lewis

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, Johnson & Johnson, and Mitsubishi Tanabe Pharma Corporation