BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIATION | MDL Docket No. 2750 |
|---|---|

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing were served on October 24, 2016 on the following via the CM/ECF system, via regular mail, or via electronic mail:

**PLAINTIFFS' COUNSEL AND CO-COUNSEL**

| | |
|---|---|
| Timothy J. Becker<br>Rolf T. Fiebiger<br>**Johnson Becker, PLLC**<br>444 Cedar Street, Suite 1800<br>St. Paul, MN 55101<br>(612) 436-1800<br>Fax: (612) 436-1801<br>tbecker@johnsonbecker.com<br>rfiebiger@johnsonbecker.com | **Counsel for Plaintiffs Patricia MacMurray, Melissa Mitchell and Martha Watson**<br><br>*MacMurray v. Janssen Pharm., et al.*,<br>S.D. Indiana, 16-02718<br><br>*Mitchell v. Eli Lilly and Co., et al.*,<br>W.D. Tennessee, 16-02384<br><br>*Watson v. Janssen Pharm., et al.*,<br>N.D. Texas, 16-00186 |
| Robert T. Dassow, Esq.<br>**Hovde Dassow & Deets, LLC**<br>10201 N. Illinois Street, Suite 500<br>Indianapolis, IN 46290<br>Telephone: (317) 818 3100<br>Facsimile: (317) 818 3111<br><u>rdassow@hovdelaw.com</u> | **Counsel for Plaintiffs Patricia MacMurray, Tanya Warren and Larry Warren**<br><br>*MacMurray v. Janssen Pharm., et al.*,<br>S.D. Indiana, 16-02718<br><br>*Warren v. Boehringer Ingelheim Pharm., Inc., et al.*,<br>S.D. Indiana, 16-01326 |
| B. Kristian Rasmussen, Esq.<br>Richard A. Wright, Esq.<br>**Cory Watson, P.C.**<br>2131 Magnolia Ave., Suite 200<br>Birmingham, AL 35205<br>Telephone: (205) 328 2200<br>Facsimile: (205) 324 7896<br>krasmussen@corywatson.com<br>rwright@corywatson.com | **Counsel for Plaintiffs Bonnie Darbro and Jerry Gibson**<br><br>*Darbro v. Boehringer Ingelheim Pharm., Inc., et al.*,<br>E.D. Kentucky, 16-00057 |

| | |
|---|---|
| W. Bryan Smith, Esq.<br>**Morgan & Morgan, P.A. - Memphis**<br>40 South Main Street, Suite 2600<br>Memphis, TN 38103<br>Telephone: (901) 217 7000<br>Facsimile: (901) 523 1999<br>BryanS@forthepeople.com | **Counsel for Plaintiff Melissa Mitchell**<br><br>*Mitchell v. Eli Lilly and Company, et al.*,<br>W.D. Tennessee, 16-02384 |
| Daniel C. Burke<br>**Bernstein Liebhard LLP**<br>10 E. 40th Street<br>New York, NY 10017<br>dburke@bernlieb.com | **Counsel for Plaintiffs Tanya Warren and Larry Warren**<br><br>*Warren v. Boehringer Ingelheim Pharm., Inc., et al.*,<br>S.D. Indiana, 16-01326 |
| Trent Miracle<br>**Simmons Hanly Conroy**<br>One Court Street<br>Alton, IL 62002<br>tmiracle@simmonsfirm.com | **Counsel for Plaintiff Martha Watson**<br><br>*Watson v. Janssen Pharm., et al.*,<br>N.D. Texas, 16-00186 |

**DEFENDANTS**

| | |
|---|---|
| Barry H. Boise<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799<br>bboiseb@pepperlaw.com | **Counsel for Defendant Eli Lilly and Co.** |
| Janssen Pharmaceuticals, Inc.<br>1125 Trenton-Harbourton Road<br>Titusville, NJ 08560 | **Defendant** |

                                         */s/ Heidi Levine*
                                         Heidi Levine
                                         SIDLEY AUSTIN LLP
                                         787 7th Avenue
                                         New York, NY 10019
                                         hlevine@sidley.com