**Attachment to Amended Notice of Appearance of**
**Stephen D. Raber**

| Parties Represented | Short Case Caption |
|---|---|
| Bristol-Myers Squibb Company; AstraZeneca PLC; AstraZeneca LP; AstraZeneca Pharmaceuticals LP; AstraZeneca AB (Defendants) | *House v. Janssen Pharmaceuticals, Inc., et al.*, W.D. Ken., No. 3:15-cv-00894-JHM-CHL |
| Bristol-Myers Squibb Company; AstraZeneca plc; AstraZeneca LP; Astrazeneca Pharmaceuticals LP; AstraZeneca AB (Defendants) | *Young v. Bristol-Myers Squibb Company, et al.*, N.D. Miss., No. 4:16-cv-00108 |
| Bristol-Myers Squibb Company; Astrazeneca PLC; Astrazeneca LP; Astrazeneca Pharmaceuticals LP; Astrazeneca AB (Defendants) | *Foran v. Bristol-Myers Squibb Company, et al.*, S.D. Ala., No. 1:16-cv-00471-CG-B |
| Bristol-Myers Squibb Co.; AstraZeneca LP; AstraZeneca Pharmaceuticals LP (Defendants) | *Quintanilla v. Bristol-Myers Squib Co., et al.*, S.D. Tex., No. 2:16-cv-00172 |