BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS
LIABILITY LITIGATION          MDL No. 2750

**PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on October 25, 2016, a copy of the foregoing was filed electronically with the Clerk of the Panel using the Judicial Panel on Multidistrict Litigation's CM/ECF system. I further certify that I served a copy of the foregoing, upon all interested counsel and/or parties via electronic mail or first class mail in accordance with the service list below.

<u>Via electronic mail</u>:

| | |
|---|---|
| Waldon Michael Hingle<br>Bryan August Pfleeger<br>Grant Wood<br>Julie Marie Jochum<br>**Michael Hingle & Associates, Inc. (Slidell)**<br>220 Gause Blvd., Suite 200<br>P. O. Box 1129<br>Slidell, LA 70459<br>(985) 685-6800<br>Fax: (985) 646-1471<br>servewmh@hinglelaw.com<br>bryan@hinglelaw.com<br>grant@hinglelaw.com<br>julie@hinglelaw.com | Behram V. Parekh<br>Michael Louis<br>Kelly Ruth Rizkalla<br>**Kirtland & Packard LLP**<br>2041 Rosecrans Avenue, Third Floor<br>El Segundo, California 90245<br>Telephone: (310) 536-1000<br>Fax: (310) 536-1001<br>mlk@kirtlandpackard.com<br>bvp@kirtlandpackard.com<br>rr@kirtlandpackard.com |
| Dae Yeol Lee<br>Melissa Mendoza<br>**BernSuitein Liebhard LLP**<br>10 East 40th Street, 28th Floor<br>New York, NY 10016<br>(212) 779-1414<br>dlee@bernlieb.com<br>mmendoza@bernlieb.com | Jennifer Mae Hoekstra<br>Richard J. Arsenault<br>**Neblett, Beard & Arsenault**<br>2220 Bonaventure Ct.<br>Alexandria, LA 71301<br>(318) 487-9874<br>rarsenault@nbalawfirm.com<br>hoekstra@nbalawfirm.com |

Nicholas Rocco Farnolo
**Napoli Shkolnik**
400 Broadhollow Road,
Suite 305
Melville, NY 11747
(212) 397-1000
nfarnolo@napolilaw.com

Michael B. Lynch
Amy E. German
**The Michael Brady Lynch Firm**
127 West Fairbanks Ave., Suite 528
Winter Park, FL 32789
Tel: (877) 513-9517
Fax: (321) 972-3568
michael@mblynchfirm.com
amy@mblynchfirm.com

Donald A. Ecklund
James E. Cecchi
**Carella, Byrne, Cecchi, OlSuitein, Brody & Agnello, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
Fax: (973) 994-1744
decklund@carellabyrne.com
jcecchi@carellabyrne.com

Anthony David Irpino
John Benjamin Avin
**Irpino Law Firm**
2216 Magazine Street
New Orleans, LA 70130
(504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com
bavin@irpinolaw.com

Christopher Michael Placitella
**Cohen, Placitella & Roth, PC**
127 Maple Avenue
Red Bank, NJ 07701
(732) 747-9003
Fax: (732) 747-9004
cplacitella@cprlaw.com

Michael A. London
Rebecca G. Newman
**Douglas & London, PC**
59 Maiden Lane, 6th Floor
New York, NY 10038
(212) 566-7500
Fax: (212)566-7501
mlondon@douglasandlondon.com
rnewman@douglasandlondon.com

Morris Bart, III
Mekel Smith Alvarez
**Morris Bart, LLC (New Orleans)**
909 Poydras St. Suite 2000
New Orleans, LA 70112-4000
(504) 525-8000
(504) 599-3385
Fax: (504) 599-3380
morrisbart@morrisbart.com
malvarez@morrisbart.com

Alex C. Davis
Jasper D. Ward
**Jones Ward PLC**
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
(502) 882-6000
Fax: (502) 587-2007
alex@jonesward.com
jasper@jonesward.com

Timothy M. O'Brien
Travis P. Lepicier
**Levin Papantonio Thomas Mitchell Rafferty & Proctor PA**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
(850) 435-7000
Fax: (850) 436-6084
tobrien@levinlaw.com
depicier@levinlaw.com

Peter J. Flowers
**Meyers & Flowers, LLC**
3 North Second Street, Suite 300
St. Charles, IL 60174
(630) 232-6333
Fax: (630) 845-8982
pjf@meyersflowers.corn


Alva A. Hollon
**Sams & Hollon, PA**
9424 Baymeadows Road, Suite 160
Jacksonville, FL 32257
(904) 737-1995
Fax: (904) 737-3838
hollonlaw@bellsouth.net


Ronald E. Johnson, Jr.
**Schachter Hendy & Johnson, PSC**
909 Wright's Summit Parkway, Suite 210
Ft. Wright, KY 41011
(859) 578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com


Andrew D. Schlichter
Roger C. Denton
Tara A. Rocque
**Schlichter, Bogard et al. - St. Louis**
100 South Fourth Street, Suite 650
St. Louis, MO 63102
(314) 621-6115
Fax: (314) 621-7151
aschlichter@uselaws.com
rdenton@uselaws.com
trocque@uselaws.com

Adam A. Edwards
Justin G. Day
Mark E. Silvey
**Greg Coleman Law PC**
First Tennessee Plaza
800 South Gay Street, Suite 1100
Knoxville, TN 37929
(865) 237-0080
Fax: (865) 522-0049
mark@gregcolemanlaw.com

Leonard A. Davis
**Herman, Herman & Katz, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892
ldavis@hhklawfirm.com


Justin R. Kaufman
**Heard Robins Cloud, LLP**
505 Cerrillos Rd., Suite A209
Santa Fe, NM 87501
(505) 986-0600
Fax: (505) 986-0632
jkaufman@heardrobins.com


Lionel H. Sutton, III
**Sutton Law Firm**
935 Gravier St. Suite. 1910
New Orleans, LA 70112
(504) 592-3230
Fax: (504) 585-1789
1hs3law@hotmail.com


John Oaks Hollon
Maxwell D. Smith
**Ward Hocker & Thornton, PLLC - Lexington**
333 W. Vine Street, Suite 1100
Lexington, KY 40507
(859) 422-6000
Fax: (859) 422-6001
John.hollon@whtlaw.com
max.smith@whtlaw.com

P. Gregory Haddad
**Bailey & Glasser**
6 Canyon Rd Suite. 200
Morgantown, WV 26508
(304) 594-0087
Fax: (304) 594-9709
ghaddad@baileyglasser.com

Joseph G. Dell
Jon-Paul Gabrielle
**Dell & Dean, PLLC**
1225 Franklin Avenue, Suite 450
Garden City, NY 11530
(516) 880-9700
Fax: (516) 880-9707
jdell@d2triallaw.com
jgabriele@d2triallaw.com

Edward A. Wallace, Esq.
Timothy E. Jackson, Esq.
**Wexler Wallace**
55 W. Monroe St. Suite. 3300
Chicago, IL 60603
(312) 346-2222
Fax: 312-346-0022
eaw@wexlerwallace.com
tej@wexlerwallace.com

Barry H. Boise
Michael Joseph Edelman
**Pepper Hamilton LLP**
3000 Two Logan Avenue
18th and Arch Streets
Philadelphia, PA 19103
215-981-4591
boiseb@pepperlaw.com
edelmanm@pepperlaw.com

Christopher A. Seeger
**Seeger Weiss LLP**
77 Water St. 26th Floor New York, NY 10005
(212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

B. Kristian Rasmussen
Richard A. Wright
**Cory Watson, P.C.**
2131 Magnolia Avenue, Suite. 200
Birmingham, AL 35205
(205) 328-2200
Fax: (205) 324-7896
krasmussen@corywatson.com
rwright@corywatson.com

Timothy J. Becker
Rolf T. Fiebiger
**Johnson Becker, PLLC**
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 434-1800
Fax: (612) 436-1801
tbecker@johnsonbecker.com
rfiebiger@johnsonbecker.com

Carol D. Browning
Whitney Frazier Watt
**Stites & Harbison, PLLC - Louisville**
400 W. Market Street, Suite 1800
Louisville, KY 40202-3352
(502) 587-3400
Fax: (502) 779-8232
cbrowning@stites.com
wwatt@stites.com

Jane E. Bockus
**Dykema Cox Smith**
112 E. Pecan Street
Suite 1800
San Antonio, TX 78205
210-554-5500
Fax: 210-226-8395
jbockus@dykema.com

John Q. Lewis
**Tucker Ellis LLP**
950 Main Avenue
Suite 1100
Cleveland, OH 44113
216-592-5325
Fax: 216-592-5009
john.lewis@tuckerellis.com

and

Joshua James Wes
Mollie Fleming Benedict
**Tucker Ellis LLP**
515 South Flower Street Suite 4200 Los Angeles, CA 90071-2223
213-430-3400
Fax: 213-430-3409
joshua.wes@tuckerellis.com
mollie.benedict@tuckerellis.com

James Patrick Catalano
**Nelson Mullins Riley & Scarborough LLP**
One Nashville Place
150 4th Ave. North, Suite 1100
Nashville, TN 37219
615-255-7722
jim.catalano@nelsonmullins.com

Clarence A. Wilbon
**Adams And Reese LLP**
Cresent Center
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
901-543-5927
Fax: 901-543-5999
clarence.wilbon@arlaw.com

Elizabeth Catherine Curtin
**Sidley Austin LLP**
One South Dearborn Street
Chicago, IL 60603
312-853-0524
ecurtin@sidley.com

and

Heidi Lynn Levine
**Sidley Austin LLP**
787 Seventh Avenue
New York, NY 10019
212-839-7366
hlevine@sidley.com

W. Bryan Smith
**Morgan & Morgan, PA – Memphis**
40 South Main Street, Suite 2600
Memphis, TN 38103
901-217-7000 Fax: 901-523-1999
BryanS@forthepeople.com

Robert T. Dassow
**Hovde Dassow & Deets, LLC**
10201 N. Illinois Street, Suite 500
Indianapolis, IN 46290
Telephone: (317) 818-3100
Fax: (317) 818-3111
rdassow@hovdelaw.com

<u>Via first-class mail</u>:

| | |
|---|---|
| **Mitsubishi Tanabe Pharma Holdings America, Inc.**<br>525 Washington Boulevard, Suite 400<br>Jersey City, NJ 07310 | **Mitsubishi Tanabe Pharma Development America, Inc.**<br>525 Washington Blvd., Suite 400<br>Jersey City, New Jersey 07310 |

**Tanabe Research Laboratories U.S.A., Inc.**
4540 Towne Centre Court
San Diego, California 92121

| | |
|---|---|
| Dated: October 24, 2016 | s/ Stephen D. Raber<br>Stephen D. Raber<br>Williams & Connolly LLP<br>725 Twelfth Street NW<br>Washington, DC  20005<br>(202) 434-5000 |