BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____
                                             )
IN RE: INVOKANA (CANAGLIFLOZIN)              )        MDL NO. 2750
PRODUCTS LIABILITY LITIGATION                )
_____          )

**AMENDED PROOF OF SERVICE**

I hereby certify that on October 25, 2016, a copy of the foregoing Notice of Related Action, Schedule of Actions, Case Docket Sheets, Complaints, and this Amended Proof of Service regarding the following case:

1. David Cape v. Janssen Pharmaceuticals, Inc. et al. (CDIL Case No. 1:16-cv-01406.

2. Catherine Faedtke v. Janssen Pharmaceuticals, Inc. et al. (NDIL Case No. 1:16-cv-9441);

was filed electronically with the Clerk of the Panel using the Judicial Panel on Multidistrict Litigation's CM/ECF system for filing. I further certify that pursuant to Rule 4.1(a) the Panel's notice of electronic filing shall constitute service of the aforesaid pleading on all those registered for CM/ECF in this matter.

Those parties without representation have been served by mailing a true and correct copy of the same to the parties listed below by depositing same in the U.S. Mail, with postage fully prepaid, at St. Charles, Illinois on October 25, 2016:

Janssen Pharmaceuticals, Inc., f/k/a
Janssen Pharmaceutics, Inc., f/k/a
Ortho-McNeil-Janssen Pharmaceuticals, Inc.
c/o CT Corporation System PA Dauphin
1125 Bear Tavern Road
Titusville, NJ 08560

Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Janssen Ortho LLC
c/o S.M. Rosenberg
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Janssen Research & Development LLC
CT Corporation Systems
116 Pine Street
Harrisburg, Pa 17101


Mitsubishi Tanabe Pharma
Development America Inc.
525 Washington Boulevard Suite 400
Jersey City, NJ 07310


Date: October 25, 2016                                 Respectfully Submitted,


                                                      */s/ Peter J. Flowers*
                                                      Peter J. Flowers, Esq.
                                                      Meyers & Flowers, LLC
                                                      3 N. 2nd Street, Suite 300
                                                      St. Charles, IL 60174
                                                      pjf@meyers-flowers.com
                                                      (p) 630-232-6333
                                                      (f) 630-845-8982

                                                      *Counsel for Plaintiffs Catherine Faedtke and David Cape*